UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SAM HAKKI, M.D., et al.,<br><br>　　　　　　　　Defendants. | Case No. 21-11940<br>Honorable Shalina D. Kumar<br>Magistrate Judge Anthony P. Patti |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 182) AND GRANTING PLAINTIFF'S MOTIONS FOR CASE-TERMINATING SANCTIONS AGAINST DEFENDANTS NABIL BEYDOUN, MIDWEST MEDICAL LAB LLC, AND FOUAD BEYDOUN (ECF NOS. 122, 131)**

On August 20, 2021, Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm") filed its complaint against defendants,[1] alleging they implemented a scheme to submit documentation for medically unnecessary and fraudulent toxicology tests performed on individuals who

---

[1] The named defendants are Sam Hakki, M.D., Star Pain Management & Rehabilitation, LLC, Advanced Central Laboratory, LLC, Midwest Medical Lab, LLC, Future Diagnostic Center, LLC, Nabil Beydoun, Abdul Beydoun, Fouad Beydoun, Anwar Baker, Mohamed El-Fakharany, M.D., Riad George Khoury, M.D., Vinod Sharma, M.D., Horst Griesser, M.D., Muna Afan, and NextGen Pain Associates & Rehabilitation, LLC.

have been in automobile accidents and are eligible for personal injury protection benefits under State Farm's insurance policies. ECF No. 1. Under Administrative Order 23-AO-059, this case was reassigned to the undersigned, who referred all discovery matters to the assigned magistrate judge under 28 U.S.C. § 636(b). *See* Text Only Order for November 17, 2023; ECF No. 145.

Presently before the Court is the Report and Recommendation ("R&R"), issued on March 14, 2024, recommending the Court grant State Farm's motions for case-terminating sanctions (ECF Nos. 122, 131) against defendants Nabil Beydoun, Midwest Medical Lab, LLC, and Fouad Beydoun and for entry of default judgment against them. ECF No. 182. No party has filed objections.

A failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court has reviewed the record and agrees with the finding and conclusions of the magistrate judge.

Accordingly, **IT IS ORDERED** that the R&R (ECF No. 182) is **ADOPTED,** and State Farm's motions for case-terminating sanctions (ECF Nos. 122, 131) are **GRANTED.** Default judgment is entered against defendants Nabil Beydoun, Midwest Medical Lab, LLC, and Fouad Beydoun only.

**SO ORDERED.**

Dated: March 29, 2024

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge